AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FUNK, JERRY A. | BANKRUPTCY COURT | 05/10/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| BANKRUPTCY JUDGE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

300 NORTH HOGAN ST #4-104
JACKSONVILLE, FLORIDA 32202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/10/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 1/25/17-1/26/17 | Orlando, FL | Bankruptcy UCC Meeting | Transportation, Meals, Lodging |
| 2. | The Florida Bar | 06/21/17-6/23/17 | Boca Raton, FL | Bankruptcy UCC Meeting | Transportation, Meals, Lodging |
| 3. | The Jacksonville Bankruptcy Bar | 8/24/17-8/25/17 | Jacksonville, FL | Bankruptcy Seminar | Meals, Lodging |
| 4. | The Florida Bar | 9/01/17-09/03/17 | Palm Beach, FL | Bankruptcy UCC Meeting | Transportation, Meals, Lodging |
| 5. | National Conference of Bankruptcy Judges | 10/07/17-10/11/17 | Las Vegas, NV | Bankruptcy Judges Conference | Lodging |
| 6. | The Florida Bar | 11/01/17-11/02/17 | Tampa, FL | Bankruptcy Seminar | Transportation, Meals, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **FUNK, JERRY A.** | 05/10/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Am South Bank of FLA IRA | A | Interest | J | T | | | | | |
| 2. AQR Managed Futures STR-I | | None | J | T | Sold (part) | 11/14/17 | K | A | |
| 3. Artisan Intl FD # 662 | B | Dividend | M | T | | | | | |
| 4. ASG Global Alternatives-Y #1993 | | None | L | T | | | | | |
| 5. AT&T Inc. | A | Dividend | J | T | Buy (add'l) | 06/30/17 | J | | |
| 6. Atlanta, GA WTR & WSTEWTR X | A | Interest | J | T | | | | | |
| 7. BlackRock GL L/S Credit-Ins #1833 | | None | | | Sold | 08/17/17 | L | | |
| 8. Black Rock GL L/S Credit-k #1940 | A | Dividend | L | T | Buy | 08/17/17 | L | | |
| 9. Berkshire Hathaway Inc. Class B | | None | K | T | | | | | |
| 10. Boston Partners Long/Short Research Fund | | None | K | T | | | | | |
| 11. Chevron Texaco Corp | A | Dividend | K | T | | | | | |
| 12. Coca Cola (common) | D | Dividend | O | T | | | | | |
| 13. Communications Sales & Leasing, Inc. | A | Dividend | J | T | | | | | |
| 14. Credit Suisse Comm Ret St-I #2156 | | None | L | T | | | | | |
| 15. Dodge & Cox Int'l STK Fund # 1048 | C | Dividend | M | T | | | | | |
| 16. Dodge & Cox Int'l STK Fund # 145 | A | Dividend | L | T | Buy | 12/06/17 | L | | |
| 17. Dodge & Cox Int'l STK Fund # 145 | C | Distribution | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Downtown Savannah ATH GA X | A | Interest | J | T | | | | | |
| 19. Dreyfus/Standish in T/E Bond #6933 | B | Dividend | L | T | | | | | |
| 20. Dreyfus/Standish in T/E Bond #6933 | A | Distribution | L | T | | | | | |
| 21. Duke Energy Corp New | A | Dividend | J | T | | | | | |
| 22. Eaton Vance Global Macro-I #0088 | A | Dividend | K | T | | | | | |
| 23. Energy Sel Sect SPDR FD | A | Dividend | | | Sold | 07/05/17 | J | C | |
| 24. Evergreen Core Equity Com STK FD | A | Interest | K | T | | | | | |
| 25. Evergreen Enhanced S&P 500 FD CL | A | Dividend | K | T | | | | | |
| 26. Evergreen Enhanced S&P FD CL I | A | Interest | J | T | | | | | |
| 27. Evergreen Equity TR SPL Values FD | A | Interest | J | T | | | | | |
| 28. Evergreen FDS Emerging MKTS Growth | A | Interest | J | T | | | | | |
| 29. Evergreen FDS FLA MUN BD PORT | A | Interest | J | T | | | | | |
| 30. Evergreen International Bond FD CL 1 | A | Dividend | J | T | | | | | |
| 31. Evergreen Large Cap Eq Fund | A | Dividend | J | T | | | | | |
| 32. Evergreen Large Cap Equity FD Class I | A | Interest | J | T | | | | | |
| 33. Evergreen Select Equity | A | Interest | J | T | | | | | |
| 34. Fidelity Advisors Emerging Markets Income Fund | D | Dividend | M | T | Buy (add'l) | 11/14/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Advisors Emerging Markets Income Fund | B | Distribution | M | T | | | | | |
| 36. First TR Exchange Traded FD VI | A | Dividend | J | T | | | | | |
| 37. FT Unit 726 DIV INC TR SER 3 | A | Dividend | J | T | | | | | |
| 38. General Electric Co | A | Dividend | J | T | | | | | |
| 39. Goldman Sachs L/C Value-I #1216 | B | Dividend | L | T | Sold (part) | 12/06/17 | L | E | |
| 40. Goldman Sachs L/C Value-I #1216 | D | Distribution | L | T | | | | | |
| 41. Guggenheim S & P 500 EQU Weight | A | Dividend | L | T | Buy (add'l) | 06/30/17 | L | | |
| 42. Guggenheim S & P 500 EQU Weight | A | Dividend | | | Sold (part) | 12/07/17 | L | D | |
| 43. Harbor Capital Aprction-Inst # 2012 | A | Dividend | M | T | | | | | |
| 44. Harbor Capital Aprction-Inst # 2012 | E | Distribution | M | T | | | | | |
| 45. Hartford Midcap Fund-Y #229 | C | Distribution | L | T | | | | | |
| 46. Hilliard Lyons Gov't Fund Inc. | A | Interest | J | T | | | | | |
| 47. Interlocal KY SCH DIST BD | A | Interest | K | T | | | | | |
| 48. IShares Core Dividend Growth | A | Dividend | J | T | Buy | 03/17/17 | J | | |
| 49. IShares Core MSCI Emerging | A | Dividend | J | T | Buy (add'l) | 06/30/17 | K | | |
| 50. IShares Core MSCI Emerging | A | Dividend | J | T | Sold (part) | 12/07/17 | K | B | |
| 51. IShares Core U.S. Aggregate | A | Dividend | | | Buy (add'l) | 06/30/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares Core U.S. Aggregate | A | Dividend | | | Sold | 08/14/17 | K | E | |
| 53. ISHARES Russell Mid-Cap ETF | B | Dividend | M | T | | | | | |
| 54. ISHARES S&P Mid-Cap 400 G | A | Dividend | K | T | | | | | |
| 55. ISHARES S&P 500 GRW ETF | A | Dividend | K | T | | | | | |
| 56. ISHARES S & P 500 GRW FD | A | Dividend | K | T | | | | | |
| 57. ISHARES S & P VLU INDX 500 | A | Dividend | K | T | Buy (add'l) | 06/30/17 | K | | |
| 58. ISHARES S & P M/C 400 GRW | A | Dividend | K | T | | | | | |
| 59. ISHARES S & P M/C VLU 400 | A | Dividend | K | T | Buy (add'l) | 06/30/17 | K | | |
| 60. ISHARES S & P S/C 600 GRW | A | Dividend | K | T | | | | | |
| 61. ISHARES S & P S/C 600 VLU | A | Dividend | K | T | | | | | |
| 62. ISHARES TR MSCI Emerging | A | Dividend | K | T | | | | | |
| 63. JP Morgan Chase & Co. | A | Dividend | J | T | Buy | 07/05/17 | J | | |
| 64. JP Morgan Mid Cap Value-L #758 | A | Dividend | L | T | | | | | |
| 65. JP Morgan Mid Cap Value-L #758 | B | Distribution | L | T | | | | | |
| 66. JP Morgan High Yield-I #3580 | A | Dividend | K | T | Buy | 11/14/17 | K | | |
| 67. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 68. Lake Central Ind Multi-District RFDG BD | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Merger Fund Class Inst #301 | A | Dividend | K | T | | | | | |
| 70. MFS Value Fund Class I #893 | A | Dividend | K | T | | | | | |
| 71. MFS Value Fund Class I #893 | B | Distribution | K | T | | | | | |
| 72. Morgan Stanley Private Bank NA | A | Interest | L | T | | | | | |
| 73. Neuberger Berman Long SH-INS #1830 | | None | L | T | | | | | |
| 74. Nuveen High Yield Muni BD-R #1668 | B | Dividend | K | T | | | | | |
| 75. Nuveen LTD Term Muni BD R 1671 | B | Dividend | L | T | Buy (add'l) | 11/14/17 | K | | |
| 76. O'Shares FTSE U.S. Quality Div. | A | Dividend | J | T | Buy | 06/30/17 | J | | |
| 77. Oppenheimer Dev. Mkt-I # 799 | B | Dividend | M | T | | | | | |
| 78. Philip Morris Intl Inc. | A | Dividend | J | T | | | | | |
| 79. Pfizer Inc. | A | Dividend | J | T | | | | | |
| 80. Pimco Emerging Markets Bond FD | A | Dividend | K | T | | | | | |
| 81. Pimco Foreign BD FD USD #103 | A | Dividend | K | T | | | | | |
| 82. Pimco Foreign BD FD USS Hedged Inst CL | A | Interest | K | T | | | | | |
| 83. Pimco Total Return ETF | A | Dividend | K | T | Buy (add'l) | 06/05/17 | K | | |
| 84. Pimco Total Return Active Ex | A | Dividend | K | T | | | | | |
| 85. Procter & Gamble | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Putnam Int'l Equity Fund Class A | A | Dividend | J | T | | | | | |
| 87. Secured Market Deposit Account | A | Interest | M | T | | | | | |
| 88. Smith Barney Money Market | A | Interest | J | T | | | | | |
| 89. Smith Barney Muni Funds FLA Portfolio Class A | A | Dividend | J | T | | | | | |
| 90. Southern Company | A | Dividend | K | T | | | | | |
| 91. SPDR DJ Wilshire Int'l Real | A | Dividend | K | T | | | | | |
| 92. SPDR Doubleline TR TACT ETF | A | Dividend | K | T | Buy | 08/14/17 | K | | |
| 93. SPDR EM Mkts Div ETF | A | Dividend | J | T | | | | | |
| 94. SPDR S&P Inter DVD ETF | A | Dividend | J | T | | | | | |
| 95. SPDR SSGA Multi-Asset Real RTN | A | Dividend | K | T | Buy (add'l) | 06/30/17 | K | | |
| 96. The Financial Sel Sect SPDR FD | A | Dividend | J | T | | | | | |
| 97. T Rowe Price Inst Emerging Markets Equity Fund #146 | A | Dividend | L | T | | | | | |
| 98. TRowe Price Inst Float Rate #170 | B | Dividend | K | T | | | | | |
| 99. T Rowe Price Real Estate FD | A | Dividend | J | T | | | | | |
| 100. T Rowe Price Real Estate FD #122 | B | Dividend | | | Sold | 09/14/17 | M | | |
| 101. T Rowe Price Real Estate FD #432 | B | Dividend | M | T | Buy | 09/14/17 | M | | |
| 102. Total S A Spon ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Uniti Group Inc. | A | Dividend | J | T | Buy | 02/27/17 | L | | |
| 104. Vanguard Dividend Appreciation | | None | | | Sold | 03/17/17 | J | D | |
| 105. Vanguard FTSE Emerging Markets Ref: 07705B60 | A | Dividend | K | T | Buy (add'l) | 06/30/17 | K | | |
| 106. Vanguard FTSE Emerging Markets Ref: 07705B60 | A | Dividend | | | Sold (part) | 12/07/17 | K | A | |
| 107. Vanguard FTSE Developed Markets E | A | Dividend | L | T | Buy (add'l) | 06/30/17 | K | | |
| 108. Vanguard FTSE Developed Markets E | A | Dividend | | | Sold (part) | 12/07/17 | K | B | |
| 109. Vanguard REIT ETF | A | Dividend | K | T | Sold (part) | 01/13/17 | J | D | |
| 110. Vanguard REIT ETF | A | Dividend | K | T | Sold (part) | 12/07/17 | J | C | |
| 111. Vanguard Tax Exempt MMKT | C | Dividend | L | T | | | | | |
| 112. Vanguard REIT Viper | B | Dividend | L | T | | | | | |
| 113. Verizon Communications | A | Dividend | J | T | | | | | |
| 114. Voya Intl Rl Est. Fd CL-I #2664 | C | Dividend | K | T | | | | | |
| 115. Virginia State HSG AUTH COMWLTH MTG SER | A | Interest | J | T | | | | | |
| 116. Wachovia | C | Interest | M | T | | | | | |
| 117. Wash. St. Real Estate, Jax, FL current value ($242,487) | D | Rent | M | W | | | | | |
| 118. Wells Fargo & Co. fka Wachovia Corp 2nd | A | Dividend | J | T | | | | | |
| 119. Wells Fargo Adv-Dis US CR-IS #4102 | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Wells Fargo Adv-Dis US CR-IS #4102 | D | Distribution | M | T | | | | | |
| 121. Wells Fargo SM Cap Core-Inst #4709 | | None | M | T | | | | | |
| 122. Windstream | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - 5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 7 and 8 of my report list Blackrock. On August 17, 2017, Blackrock GL L/S Credit Ins #1833 was exchanged for Blackrock GL L/S Credit-K #1940.

The investment listed on Line 13 of this report, Communications Sales & Leasing Inc., was a spinoff from Windstream, which is listed on Line 122 of my report. The spinoff occurred on April 24, 2015 with a value code of J. This investment should have been listed on my 2015 and 2016 reports with an income code of A, type dividend, value code J, and method T. On February 27, 2017, the investment was renamed Uniti Group Inc., which is listed on line 103 of this year's report.

The investment listed on line 54 of my 2016 report, ISHARES DW JNS USRL EST was sold on December 22, 2008 for $7,302.93 at a loss. It should not have been included on any subsequent reports.

The investment listed on line 100 of my report, T Rowe Price Real Estate FD #122, was exchanged for the investment listed on line 101, T Rowe Price Real Estate #432 on September 14, 2017.

Line 113 of my report lists Verizon Communications. My previous reports going back to 2008 list Alltell Corp. Verizon acquired Alltel Corp. in 2008. My reports beginning in 2008 and continuing to the present should have listed Verizon Communications instead of Alltel Corp. Although the name of the investment was incorrect, the income during reporting period, gross value at end of reporting period, and transactions during reporting period were correct on all of my reports.

The investments listed on lines 115 and 116 of my 2016 report are the same investment, Vanguard REIT ETF. The investment is listed on Line 109 of this report. It is also listed on Line 110 simply to indicate that an additional sale of the same investment occurred.

The investment listed on line 129 of my 2016 report, Wisdom Tree Emrg Mkt. was sold in total on October 23, 2015 with a value Code of K and at a loss of $6,800.39 and should not have been listed on my 2016 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JERRY A. FUNK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544